1006

[No. 56232-1-I.   Division One.   October 2, 2006.]

DARRELL R. PLOUFFE, *Appellant*, v. PAUL M. ROOK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-07702-4, Arden J. Bedle, J. Pro Tem., entered May 16, 2005. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse and Cox, JJ. Now published at 135 Wn. App. 628.

[No. 56310-6-I.   Division One.   October 2, 2006.]

MAIA SYFERS ET AL., *Appellants*, v. THE WASHINGTON STATE PARKS AND RECREATION COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-15539-0, Michael Hayden, J., entered April 29, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 56462-5-I.   Division One.   October 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. NAKIA TANAKA SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14266-7, Nicole MacInnes, J., entered June 22, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56502-8-I.   Division One.   October 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BELL II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05978-4, Michael Heavey, J., entered June 27, 2005. *Affirmed* by unpublished per curiam opinion.